United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-1604WM

_____

Gary Aebly,                                *
                                             *

            Appellant,        *
                                             *

     v.                           *
                                           *   Appeal from the United States

Missouri State Board of Education;  *   District Court for the Western
Missouri Department of Elementary and *   District of Missouri.
Secondary Education; Division of     *
Vocational Rehabilitation; Robert E.   *   [UNPUBLISHED]
Bartman; Maureen Alexander; Don    *
Livacy; C. David Roberts,          *
                                           *

            Appellees.        *

_____

Submitted:  November 19, 1997
Filed:  November 26, 1997

_____

Before FAGG and HANSEN, Circuit Judges, and PIERSOL,[*] District Judge.

_____

PER CURIAM.

     Gary Aebly appeals the district court's adverse grant of summary judgment in Aebly's disability-based discrimination lawsuit brought under the Americans with

_____

[*]The Honorable Lawrence L. Piersol, United States District Judge for the District of South Dakota, sitting by designation.

Disabilities Act. Having reviewed the record and the parties' submissions, we conclude that an extensive discussion is not warranted. The district court has written a comprehensive opinion addressing the issues raised by the parties, and we have nothing to add to the district court's analysis. We see no error by the district court and affirm the judgment substantially for the reasons stated in the district court's order. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.